ANDREA M. GANDARA, ESQ.
Nevada Bar No. 12580
Email: agandara@nevadafirm.com
HOLLEY DRIGGS
400 South Fourth Street, Third Floor
Las Vegas, Nevada 89101
Telephone: 702/791-0308

Byron Z. Moldo (*Pro Hac Vice*)
California Bar No. 109652
bmoldo@ecjlaw.com
Sonia Singh (*Pro Hac Vice*)
California Bar No. 311080
ssingh@ecjlaw.com
ERVIN COHEN & JESSUP LLP
9401 Wilshire Boulevard, Ninth Floor
Beverly Hills, California 90212-2974
Telephone (310) 273-6333
Facsimile (310) 859-2325

Attorneys for Jeffrey E. Brandlin,
Permanent Receiver

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| JEFFREY E. BRANDLIN, Receiver for NTV Financial Group, Inc., <br><br> Plaintiff, <br><br> v. <br><br> WATCHES OF SWITZERLAND (Nevada) LLC; WATCHES OF SWITZERLAND LLC, WATCHES OF SWITZERLAND GROUP USA, INC., <br><br> Defendants. | Case No.: 2:21-cv-02056-RFB-NJK <br><br> **SUBSTITUTION OF ATTORNEY** |

JEFFREY E. BRANDLIN, Receiver for NTV Financial Group, Inc. ("Plaintiff"), hereby substitutes F. Thomas Edwards, Esq. of the law firm Holley Driggs, as attorney of record in place and stead of: Andrea M. Gandara, Esq., of the law firm Holley Driggs.

DATED this 3rd day of Jan, 2022

14734-01/2688047.docx

_____
Signature of Party

I consent to the above substitution.

DATED this  12th  day of January    , 202 2 .

**HOLLEY DRIGGS**

 /s/ Andrea M. Gandara
Andrea M. Gandara, Esq.
Nevada Bar No. 12580
400 South Fourth Street, Third Floor
Las Vegas, Nevada 89101

I am duly admitted to practice in this District.

Above substitution accepted.

Dated this  12th  day of  January   , 2022.

/s/ F. Thomas Edwards
Signature of New Attorney

APPROVED:

DATED: January 4, 2022

_____
United States Magistrate Judge

- 2 -

14734-01/2688047.docx