**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| JEFFREY E. BRANDLIN, Receiver for NTV Financial Group, Inc., <br><br> Plaintiff, <br><br> v. <br><br> WATCHES OF SWITZERLAND (Nevada) LLC; WATCHES OF SWITZERLAND LLC, WATCHES OF SWITZERLAND GROUP USA, INC., <br><br> Defendants. | CASE NO.:   2:21-cv-02056-ART-NJK <br><br> **ORDER APPROVING** <br><br> **STIPULATION FOR DISMISSAL WITH PREJUDICE** |

**STIPULATION AND ORDER FOR DISMISSAL WITH PREJUDICE**

The Parties, by and through their undersigned counsel, hereby stipulate and agree to dismiss this entire action, including all claims that were or could have been brought, with prejudice, each party to bear their own attorney fees and costs.

/ / /

14734-01/2763426.docx

Trial has not been set in this matter and no motions are pending.

DATED this 17th day of May, 2022.                    DATED this 17th day of May, 2022.

**HOLLEY DRIGGS**                                    **SCHWARTZ LAW, PLLC**


*/s/ F. Thomas Edwards*                              */s/ Emily D. Anderson*
F. Thomas Edwards, Esq. (NBN 9549)                   Samuel A. Schwartz, Esq. (NBN 10985)
Jessica M. Lujan, Esq. (NBN 14913)                   Emily D. Anderson, Esq. (NBN 13814)
400 South Fourth Street, Third Floor                 601 E. Bridger Avenue
Las Vegas, Nevada 89101                              Las Vegas, NV 89101

*Attorneys for Jeffrey E. Brandlin,*                 *Attorneys for Defendants*
*Permanent Receiver*


IT IS SO ORDERED.

_____
U.S. DISTRICT JUDGE

DATED: _____May 19, 2022_____

14734-01/2763426.docx

- 2 -